No. 321, Misc. ROSSILLI *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. *William Cahn* and *Jules E. Orenstein* for respondent.

No. 322, Misc. BOWLES *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 334, Misc. RICHARDSON *v.* BROWN, DIRECTOR, DEPARTMENT OF WELFARE AND INSTITUTIONS. C. A. 4th Cir. Certiorari denied.

No. 350, Misc. RYDER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Seymour Horwitz* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 370, Misc. CZAP *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Orrin G. Hatch* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 377, Misc. GREGORY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 398, Misc. CARSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Roger A. Pauley* for the United States.